ACCEPTED
15-25-00078-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/11/2025 12:04 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00078-CV

In the Court of Appeals for the
Fifteenth District of Texas at Austin

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

12/11/2025 12:04:35 PM

CHRISTOPHER A. PRINE
Clerk

Trident Homes, Inc. & Ryan Strickland,
*Appellants*,

v.

Ramesh Kainthla & Neetu Kainthla,
*Appellees.*

On Appeal from the 272nd District Court of Brazos County, Texas
Trial Court Cause No. 21-000379-CV-272

## Unopposed Motion for Extension of Time to File the Appellants' Reply Brief

Chad Flores
Texas Bar No. 24059759
cf@chadflores.law
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640

Matthew D. Sharpe
Texas Bar No. 24067160
matt.sharpe@lonestarlawoffice.com
Sharpe Law, PC
416 Tarrow St
College Station, Texas 77840
 (832) 416-1133

Mark Hellinger
Texas Bar. No. 09394975
mhellinger@hellingerlawfirm.com
The Hellinger Law Firm
12 Greenway Plaza, Suite 1100
Houston, TX 77046-1201
(713) 623-1152

Counsel for Appellants

## Motion

Appellants file this unopposed motion for an extension of time to file the appellants' reply brief. The filing's present deadline is December 26, 2025. Appellants request that this filing's deadline be extended 30 days to make the filing due on or before January 26, 2026. This is Appellants' first request for an extension of this filing's deadline. This motion is unopposed.

Good cause for this extension exists. Lead appellate counsel has been and continues to be engaged in other litigation with imminent deadlines that have prevented him from completing the brief before the present deadline, including:

- Lead counsel representation for *Megalomedia Inc. v. Philadelphia Ins. Co.* No. 23-20570 in the United States Court of Appeals for the Fifth Circuit, with an oral argument occurring November 3, 2025.

- Lead counsel representation for *Defense Distributed v. YouTube LLC, Google LLC, and Alphabet, Inc.*, No. 1.25-cv-01095 in the United States District Court for the Western District of Texas, with a hearing on a motion to transfer and motion to remand occurring November 6, 2025.

- Lead counsel representation for *Second Street Properties, LLC v. Freeport Waterfront Properties LP*, No. 01-25-00492-CV in the Court of Appeals for the First District of Texas at Houston, with the appellants' brief filed November 14, 2025.

- Lead counsel representation for *Luedtke v. Brouse.*, No. 1242514 in the Harris County Civil Court at Law No. 4, with trial occurring November 18, 2025.

For these reasons, Appellants respectfully request that the Court extend the deadline for filing of the Appellants' reply brief to January 26, 2026.

1

## Conclusion

The Court should grant the motion's requested extension and set the filing deadline for the appellants' reply brief at January 26, 2026.

Respectfully submitted,

Chad Flores
Texas Bar No. 24059759
cf@chadflores.law
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640

Counsel for Appellants

**Certificate of Conference**

I conferred with Appellees' counsel about this motion and determined that Appellees' do not oppose the requested extension.

/s/ *Chad Flores*
Chad Flores

**Certificate of Compliance**

This document contains 283 words counted in accordance with the Texas Rules of Appellate Procedure.

/s/ *Chad Flores*
Chad Flores

**Certificate of Service**

A true and correct copy of this submission was electronically filed and served on all counsel listed below. *See* Tex. R. App. P. 9.2(c)(1), 9.5(b)(1).

Joseph R. Knight
Texas Bar No. 11601275
Jknight@ebbklaw.com
Ewell, Brown, Blanke, & Knight LLP
111 Congress Ave. Suite 2800
Austin, Texas 78701
(512) 770-4010

J. Davis Watson
Texas Bar No. 24004979
Dwatson@watsonlawyers.com
Watson Law Firm
1450 Copperfield Pkwy, Suite 300
College Station, Texas 77845
(979) 703-4044

/s/ *Chad Flores*
Chad Flores

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Charles Flores on behalf of Charles Flores
Bar No. 24059759
cf@chadflores.law
Envelope ID: 108987770
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File the Appellants??? Reply Brief
Status as of 12/11/2025 12:13 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mark Hellinger | | mhellinger@hellingerlawfirm.com | 12/11/2025 12:04:35 PM | SENT |
| Matthew D.Sharpe | | matt.sharpe@lonestarlawoffice.com | 12/11/2025 12:04:35 PM | SENT |
| Charles Flores | | cf@chadflores.law | 12/11/2025 12:04:35 PM | SENT |
| Charles Flores | | cf@chadflores.law | 12/11/2025 12:04:35 PM | SENT |
| J. Davis Watson | | dwatson@watsonlawyers.com | 12/11/2025 12:04:35 PM | SENT |
| Sean Hester | | shester@watsonlawyers.com | 12/11/2025 12:04:35 PM | SENT |